# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **MICHAEL JOSEPH HAMMOND,** Defendant. | CR 20-84-GF-BMM ORDER |

Upon the motion of the United States of America and for good cause shown, the indictment is dismissed without prejudice. See Fed. R. Crim. P. 48(a).

DATED this 10th day of November, 2020.

_____
Brian Morris, Chief District Judge
United States District Court

1